IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD RATUSHNY | : | CIVIL ACTION |
| v. | : | |
| TABB BICKEL, et al. | : | NO. 14-1324 |

FILED
AUG 22 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 22nd day of Aug., 2014, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

## ORDERED

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Petitioner's Motion for Stay of a 28 U.S.C. § 2254 Habeas Corpus Petition (Doc. No. 1) is **GRANTED**, and the instant habeas petition is stayed and held in abeyance until the resolution of pending related state court proceedings.

3. Petitioner and respondents shall monitor the state court proceedings and immediately notify this court upon their conclusion.

BY THE COURT:

_/s/ Cynthia M. Rufe_
CYNTHIA M. RUFE, J.