# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD ALLEN RATUSHNY** : | |
| Petitioner, : | |
| v. : | **CIVIL ACTION NO. 14-1324** |
| : | |
| **TABB BICKELL,** *et al.* : | |
| Respondents. : | |

## ORDER

**AND NOW,** this 17th day of April 2017, upon careful independent consideration of the *pro se* Petition for Writ of Habeas Corpus, and all related filings, and upon review of the Report and Recommendation of the United States Magistrate Judge Thomas J. Rueter, and the objections thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The Clerk is directed to **REMOVE** the case from Civil Suspense;

2. The Objections are **SUSTAINED IN PART AND OVERRULED IN PART**;

3. The Report and Recommendation is **APPROVED** and **ADOPTED IN PART**;

4. The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE** and without an evidentiary hearing;

5. The Court **ISSUES** a certificate of appealability; and

6. The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED.**

> BY THE COURT:
>
> /s/Cynthia M. Rufe
> _____
> **CYNTHIA M. RUFE, J.**